IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGINALD ARNOLD,** **PETITIONER**
ADC #151419

v.  CASE NO. 5:18-CV-00227 BSM

**WENDY KELLEY, Director, Arkansas**
**Department of Correction** **RESPONDENT**

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 6] and Reginald Arnold's objections [Doc. No. 7] have been reviewed. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Arnold's petition for writ of habeas corpus pursuant to 28 U.S.C. section 2254 is dismissed, the requested relief is denied, and a certificate of appealability shall not be issued.

IT IS SO ORDERED this 7th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE