IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGINALD ARNOLD,** **PETITIONER**
**ADC #151419**

v.  CASE NO. 5:18-CV-00227 BSM

**WENDY KELLEY, Director, Arkansas**
**Department of Correction** **RESPONDENT**

## ORDER

Pursuant to the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE